UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
LISA SYLVESTER; BILL TABB; NELL      :
TARTO; ORMAL TAYLOR; MARGARET        :
TAYLOR; ADA TELLIS; SHIRLEY TERRY;   :
GERALDINE TERRY; BARBARA TETLOW;     :
VEDA THOMAS; LAURA THOMAS; EDDY      :
LOUISE THOMAS; WANDA THOMPSON;       :
CORRINNE THOMPSON; BETTY             :
THOMPSON; FINOUS ERSKINE THORNE;     :
NANCY TODD; TAMMY TOUPS; JUANITA     :
TRAVASOS; GLORIA TRAVIS,             :
                                     :
        Plaintiffs,                  :      Civil Action
v.                                   :      No. 04-11201-GAO
                                     :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;   :
WYETH, INC., F/K/A AMERICAN HOME     :
PRODUCTS CORPORATION; WYETH          :
PHARMACEUTICALS, INC F/K/A WYETH-    :
AYERST PHARMACEUTICALS, INC., A      :
DIVISION OF AMERICAN HOME PRODUCTS   :
CORPORATION; AND BOEHRINGER          :
INGELHEIM PHARMACEUTICALS, INC.,     :
                                     :
        Defendants.                  :
------------------------------------ x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 24, 2004  
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.