UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LISA SYLVESTER; BILL TABB; NELL                                      :
TARTO; ORMAL TAYLOR; MARGARET                                        :
TAYLOR; ADA TELLIS; SHIRLEY TERRY;                                   :
GERALDINE TERRY; BARBARA TETLOW;                                     :
VEDA THOMAS; LAURA THOMAS; EDDY                                      :
LOUISE THOMAS; WANDA THOMPSON;                                       :
CORRINNE THOMPSON; BETTY                                             :
THOMPSON; FINOUS ERSKINE THORNE;                                     :
NANCY TODD; TAMMY TOUPS; JUANITA                                     :
TRAVASOS; GLORIA TRAVIS,                                             :
                                                                     :
    Plaintiffs,                                   :   Civil Action
v.                                                                   :   No. 04-11201-GAO
                                                                     :
INDEVUS PHARMACEUTICALS, INC., F/K/A                                 :
INTERNEURON PHARMACEUTICALS, INC.;                                   :
WYETH, INC., F/K/A AMERICAN HOME                                     :
PRODUCTS CORPORATION; WYETH                                          :
PHARMACEUTICALS, INC F/K/A WYETH-                                    :
AYERST PHARMACEUTICALS, INC., A                                      :
DIVISION OF AMERICAN HOME PRODUCTS                                   :
CORPORATION; AND BOEHRINGER                                          :
INGELHEIM PHARMACEUTICALS, INC.,                                     :
                                                                     :
    Defendants.                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: June 24, 2004
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.