UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LISA SYLVESTER; BILL TABB; NELL
TARTO; ORMAL TAYLOR; MARGARET
TAYLOR; ADA TELLIS; SHIRLEY TERRY;
GERALDINE TERRY; BARBARA TETLOW;
VEDA THOMAS; LAURA THOMAS; EDDY
LOUISE THOMAS; WANDA THOMPSON;
CORRINNE THOMPSON; BETTY
THOMPSON; FINOUS ERSKINE THORNE;
NANCY TODD; TAMMY TOUPS; JUANITA
TRAVASOS; GLORIA TRAVIS,

      Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11201-GAO

## <u>NOTICE OF APPEARANCE</u>

      Please enter our appearance as counsel of record for Defendant Indevus
Pharmaceuticals, Inc. in the above-captioned action.

Dated:  August 27, 2004
       Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Indevus Pharmaceuticals, Inc.